UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

STEPHANIE PRIERA, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

AMAZON.COM, INC. d/b/a ZAPPOS.COM,

Defendant.

Case No.: 2:12-cv-00182-ECR-VCE

**STIPULATION AND Order Consolidating Cases For all Purposes, And Appointing Interim Lead Plaintiffs and Lead Counsel**

**(Class Action)**

WHEREAS, there are three related security breach class action lawsuits against Defendant Amazon.com, Inc. d/b/a Zappos.com ("Zappos"), pending before this court: *Priera v. Zappos.com, Inc.*, Case No. 2:12-cv-00182-ECR-VCF, filed February 2, 2012; *Ree v. Amazon.com d/b/a Zappos.com, Inc.*, Case No. 3:12-cv-00072-RCJ-WGC, filed February 7, 2012; and *Simon, et. al. v. Amazon.com d/b/a Zappos.com, Inc.*, Case No. 2:12-cv-00232-JCM-RJJ, filed February 14, 2012;

WHEREAS, the three related security breach class actions arise out of the same transactions and occurrences, involving the same or substantially similar issues of law and fact, and therefore, should be consolidated for all purposes under Federal Rules of Civil Procedure, Rule 42(a);

WHEREAS, after meeting and conferring, plaintiffs' counsel agree that Ms. Priera, Mr. Ree, Ms. Simon, Ms. Vorhoff and Ms. Hasner should be appointed interim Lead Plaintiffs and Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.; Meiselman Denlea Packman Carton & Eberz, P.C. and Glancy Binkow & Goldberg LLP should be appointed interim Co-Lead Counsel, and Winner & Carson P.C. be appointed interim liaison counsel; and

NOW, THEREFORE, IT IS STIPULTED AND AGREED by Plaintiffs, through their respective counsel of record, as following, the terms which are hereby submitted to the Court for

approval.

## I. CONSOLIDATION OF THE RELATED SECURITY BREACH CLASS ACTIONS

1. Pursuant to Federal Rules of Civil Procedure, Rule 42(a), the following actions are related and should be consolidated for all purposes, including pre-trial proceedings and trial:

1. *Priera v. Zappos.com, Inc.*, (2:12-cv-00182-ECR-VCF) (filed 2/2/2012);
2. *Ree v. Amazon.com d/b/a Zappos.com, Inc.*, (3:12-cv-00072-RCJ-WGC) (filed 2/7/2012); and
3. *Simon, et. al. v. Amazon.com d/b/a Zappos.com, Inc.*, (2:12-cv-00232-JCM-RJJ) (filed 2/14/2012).

## II. CAPTION OF THE CONSOLIDATED ACTION

2. The caption of the consolidated action will be as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE ZAPPOS SECURITY BREACH LITIGATION | Lead Case No. 2:12-cv-00182- ECR-VCF |
| -------------------------------------- | [Related to 3:12-cv-00072 and 2:12-cv-00232] |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | (Class Action) |

3. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption described above (e.g. No. 2:12-cv-00182-ECR-VCF, *Priera v. Zappos.com, Inc.*).

## III. MASTER DOCKET

4. A Master Docket and a Master File hereby are established for the above-consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

5.  When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file under pleading in the Master File and note such filing on the Master Docket.  No further copies need be filed, and no other docket entries need be made.

6.  When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only, but shall docket such filing on the Master Docket and the docket of each applicable action.

7.  When a related case, which properly belongs as part of the In re Zappos Security Breach Litigation, is filed in this Court or transferred to this Court, the Clerk of this Court shall:

(a)  Place a copy of this Order in the separate file for such action;

(b)  Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any defendant(s) or their counsel in the newly-filed or transferred case; and

(c)  Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of the In re Zappos Security Breach Litigation.

**IV.  ORGANIZATION OF LEAD PLAINTIFFS AND LEAD COUNSEL**

8.  Plaintiffs Ms. Priera, Mr. Ree, Ms. Simon, Ms. Vorhoff and Ms. Hasner shall be appointed Lead Plaintiffs.

9.  The law firms of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.; Meiselman Denlea Packman Carton & Eberz, P.C. and Glancy Binkow & Goldberg LLP shall be appointed interim Co-Lead Counsel for the Lead Plaintiffs in the consolidated case In re Zappos Security Breach Litigation.

10.  The law firm of Winner and Carson, P.C. shall be appointed interim liaison counsel in the consolidated case In re Zappos Security Breach Litigation.

11. Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through Plaintiffs' Co-Lead Counsel.

13. Plaintiffs' Co-Lead Counsel shall also be available and responsible for communications to and from this Court, including orders, distributions, and other directions from the Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective plaintiffs.

Dated: February 29, 2012

LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.

　　　*/s/ Peter J. Mougey*
　　PETER J. MOUGEY, ESQ.

316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068

[Proposed] Interim Co-Lead Counsel

Dated: February 29, 2012

MEISELMAN DENLEA PACKMAN CARTON & EBERZ, P.C.

　　　*/s/ Jeffrey I. Carton*
　　JEFFREY I. CARTON, ESQ.

1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000

Facsimile:   (914) 517-5055

[Proposed] Interim Co-Lead Counsel

Dated: February 29, 2012

GLANCY BINKOW & GOLDBERG LLP

    */s/ Marc L. Godino*
MARC L. GODINO, ESQ.

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

[Proposed] Interim Co-Lead Counsel

Dated: February 29, 2012

WINNER & CARSON P.C.

    */s/ Brent Carson*
BRENT CARSON, ESQ.

510 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 471-1111
Facsimile: (702) 471-0110

[Proposed] Interim Liaison Counsel

\*\*\*

**ORDER**

IT IS SO ORDERED.

DATED: March 6, 2012

*[signature]*
HONORABLE EDWARD C. REED, JR.
UNITED STATES DISTRICT JUDGE

PRIERA/Pleadings/Consolidating Motion

5