# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case #2:12-cv-00182-ECR-VCF

IN RE ZAPPOS SECURITY BREACH LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**CORRECTED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

(Re: 2:12-cv-00232 Doc. 12)

**ORDER GRANTING**

JEREMIAH FREI-PEARSON, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   Meiselman, Denla, Packman, Carton & Eberz, P.C.
   (firm name)

   with offices at  1311 Mamaroneck Avenue ,
   (street address)

   White Plains , New York , 10605 ,
   (city)            (state)         (zip code)

   914-517-5000 , jfrei-pearson@mdpcelaw.com .
   (area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

   Shari Simon and Katharine Vorhoff  to provide legal representation in connection with
   [client(s)]

   the above-entitled case now pending before this Court.

Rev. 12/11

3. That since September 22, 2004 , Petitioner has been and presently is a
   (date)
member in good standing of the bar of the highest Court of the State of New York
                                                                       (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Court | September 22, 2004 | 423922 |
| U.S. District Court, Southern District of New York | September 22, 2004 | JFP 1509 |
| U.S. District Court, Eastern District of New York | September 22, 2004 | JFP 1509 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> No.

7. That Petitioner is a member of good standing in the following Bar Associations:

> N/A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___New York___ }
COUNTY OF ___Westchester___ }

___Jeremiah Frei-Pearson___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__13__ day of __March__, __2012__.

_____
Notary Public or Clerk of Court

ANNETTE D. HISE
Notary Public, State of New York
No. 01HI6139179
Qualified in County of Dutchess
Commission Expires January 03, 2014

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Brent A. Carson___ (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___510 South Eighth Street___
(street address)

___Las Vegas___, ___Nevada___, ___89101___
(city)          (state)         (zip code)

___702-471-1111___, ___bac@winnercarson.com___
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____BRENT A. CARSON_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5903          bac@winnercarson.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

      SEE BELOW
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___BRENT A. CARSON___ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5903                    brent@wmhcarson.com
Bar number              Email address

APPROVED:

Dated: this 14th day of March 2012.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeremiah Lee Frei-Pearson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 22 nd day of September 2004, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 23, 2012.

*Aprilanne Agostino*

Clerk of the Court