MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland *(Pro Hac Vice Pending)*
Email: jstrickland@stroock.com
Scott M. Pearson *(Pro Hac Vice Pending)*
Email: spearson@stroock.com
Brian C. Frontino *(Pro Hac Vice Pending)*
Email: bfrontino@stroock.com
Jeffrey B. Bell *(Pro Hac Vice Pending)*
Email: jbell@stroock.com
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Attorneys for Defendant Zappos.com, Inc.,
erroneously named as Amazon.com, Inc.
d/b/a Zappos.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN RE ZAPPOS SECURITY BREACH LITIGATION<br><br>----<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:12-cv-00182-ECR-VCF<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |
|---|---|---|

Plaintiffs and defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com ("Zappos") stipulate to modify the

briefing schedule on Zappos's Motion to Compel Arbitration and Stay Action (#26) by just over two weeks such that plaintiffs opposition is due on May 11, 2012 (as opposed to April 24, 2012), and Zappos's reply brief is due on May 31, 2012.

    This is the first such extension requested in connection with this deadline and is made to permit the plaintiffs additional time to evaluate the basis for Zappos's motion and prepare its response, and likewise grant Zappos additional time to evaluate and respond to plaintiffs' opposition brief.

| | |
|---|---|
| WINNER & CARSON, P.C. | MORRIS LAW GROUP |
| By /s/ Brent A. Carson<br>   Robert A. Winner, No. 5167<br>   Brent A. Carson, No. 5903<br>   WINNER & CARSON, P.C.<br>   510 South Eighth Street<br>   Las Vegas, NV 89101 | By /s/ Robert McCoy<br>   Robert McCoy, No. 9121<br>   Raleigh Thompson, No.11296<br>   900 Bank of America Plaza<br>   300 South Fourth Street<br>   Las Vegas, Nevada 89101 |
| Interim Liaison Counsel for the Plaintiffs and the Class | Attorneys for Defendant Zappos.com, Inc., erroneously named as Amazon.com, Inc. d/b/a Zappos.com |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_____