```
                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA




STEPHANIE PRIERA, on behalf of herself, )   2:12-cv-01182-ECR-VCF
an all others similarly situated,       )
                                        )
                                        )
            Plaintiff,                  )   MINUTES OF THE COURT
                                        )
vs.                                     )   DATE: June 8, 2012
                                        )
                                        )
AMAZON. COM, INC., d/b/a ZAPPOS.COM,    )
                                        )
                                        )
            Defendant.                  )
_____)
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Judicial Assistant: CANDACE KNAB      Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

<u>MINUTE ORDER IN CHAMBERS</u>

      It is ordered that this case is referred to Chief Judge Robert C. Jones for reassignment.


                                                    LANCE S. WILSON, CLERK

                                                    By _____/s/_____
                                                            Deputy Clerk